IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01841-RPM-MEH

AMY BOWERS,

    Plaintiff,

v.

GUY CRUZ, individually and as an agent and/or
employee of the Office of El Paso County Adult Probation;
OFFICE OF EL PASO COUNTY ADULT PROBATION;
ELLEN WALKER, Chief Probation Officer;
OFFICE OF THE STATE COURT ADMINISTRATOR DIVISION OF PROBATION SERVICES;
ERIC PHILP, Director of State Court Administrator – Division of Probation Services

    Defendants.
_____

ORDER FOR FILING FIRST AMENDED COMPLAINT AND APPLICABILITY OF STATE
DEFENDANTS' MOTION TO DISMISS
_____

    On September 7, 2012, the plaintiff filed a motion to amend her complaint [19] and the state defendants filed a motion to dismiss [20]. The tendered first amended complaint addresses the correct names of the government agency defendants. It is now

    ORDERED that the motion to amend complaint is granted and the first amended complaint is filed and it is

    FURTHER ORDERED that the state defendants' motion to dismiss is deemed to be addressed to the first amended complaint.

    DATED this 11th day of September, 2012.

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior District Judge