# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01841-RPM-MEH

AMY BOWERS,

    Plaintiff,

v.

Guy Cruz, individually and as an agent
and/or employee of the Office of the
Fourth Judicial District Probation Department;
Office of the Fourth Judicial District
Probation Department;
Ellen Walker, Chief Probation Officer;
Office of the State Court Administrator -
Division of Probation Services;
Eric Philp, Director of State Court
Administrator . Division of Probation Services
Defendants.

_____

### ORDER GRANTING PLAINTIFF'S (UNOPPOSED) MOTION FOR LEAVE TO AMEND RESPONSE TO STATE DEFENDANTS' MOTION TO DISMISS
_____

    Upon review of Plaintiff's motion for leave to amend response to State Defendants' Motion to Dismiss, [33] filed October 19, 2012, it is

    ORDERED that the motion is granted and Plaintiff shall file her Amended Response to State Defendants' Motion to Dismiss on or before October 26, 2012, with State Defendants Reply to the Amended Response due within fourteen (14) days of the filing of the Amended Response.

    DATED this 22nd day of October, 2012.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch