
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01841-RPM

AMY BOWERS,

    Plaintiff,
v.

GUY CRUZ,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      The Motion to Withdraw as Counsel for Defendant Guy Cruz [51-1] is set for hearing during the scheduling conference at **3:00 p.m. on April 3, 2013,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  **Defendant Guy Cruz must be present at the hearing.**

DATED: March 18, 2013

-----------------------------------------------------------------

A copy of this Minute Order was mailed via U. S. Mail on March 18, 2013, to the following:

    Guy Cruz
    1322 Del Sol Dr.
    Pueblo West, CO 81007

                                          s/M. V. Wentz
                                          _____
                                                     Secretary