IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01841-RPM

AMY BOWERS,

        Plaintiff,
v.

GUY CRUZ,

        Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


        The Motion to Withdraw as Counsel for Defendant Guy Cruz [51-1] is set for hearing during the scheduling conference at **3:00 p.m. on April 3, 2013,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  **Defendant Guy Cruz must be present at the hearing.**


DATED: March 18, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-
A copy of this Minute Order was mailed via U. S. Mail on March 18, 2013, to the following:

        Guy Cruz
        1322 Del Sol Dr.
        Pueblo West, CO 81007

                                s/M. V. Wentz
                        _____
                                Secretary