IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01841-RPM

AMY BOWERS,

    Plaintiff,
v.

GUY CRUZ,

    Defendant.
_____

ORDER GRANTING MOTION TO WITHDRAW
_____

Pursuant to the hearing today on the motion of William A. Rogers, III, and Rachel A. Morris of Wood, Ris & Hames, P.C., to withdraw as counsel for Defendant Guy Cruz, it is

ORDERED that the motion is granted.  Mr. Cruz is now representing himself in this civil action.  His current address and phone number are 810 Belmont Ave., Pueblo, CO, 81004, and 719-545-3532.

Dated: April 3rd, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge