**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01841-RPM-MEH

AMY BOWERS,

    Plaintiff,

v.

Guy Cruz,

    Defendant.

___

**ORDER FOR DISMISSAL WITH PREJUDICE**
___

THIS MATTER coming before the Court upon the Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised in the premises,

IT IS ORDERED that this matter is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall pay his or her own costs and attorneys' fees.

DATED this 28th day of June, 2013.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge